■ CLAIRE JAVNA et al., Respondents, v DOROTHY SMALL, as Executrix of MARVIN SMALL, Deceased, Appellant.—Order, of the Surrogate's Court, New York County (Eve Preminger, S.), entered May 28, 1991, which granted petitioners' motion for summary judgment, and denied respondent's cross-motion for summary judgment, unanimously affirmed, without costs.

We affirm for the reasons stated by the Surrogate, and would add only that *Singer v Jefferies & Co.* (78 NY2d 76) relied on by respondent in support of her position that she did not waive her right to arbitrate, was decided under the Federal Arbitration Act *(supra,* at 84-85), and therefore is not controlling. Concur—Sullivan, J. P., Rosenberger, Ross and Smith, JJ.